ALLEN MAGOWAN, PLAINTIFF IN ERROR, v. GEORGE H. STEVENSON ET AL., DEFENDANTS IN ERROR.

On error to the Supreme Court. For opinion of the Supreme Court, see *ante p.* 31.

For the plaintiff in error, *Edwin Robert Walker.*

For the defendant in error, *James S. Aitkin.*

PER CURIAM.

The opinion below is affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, LIPPINCOTT, LUDLOW, MAGIE, VAN SYCKEL, BROWN, KRUEGER, SMITH, TALMAN.  10.

*For reversal*—None.